**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROGER DALE CONLEE, JR.,**                                          **PLAINTIFF**

**vs.**                    **CIVIL ACTION NO.:**    **3:13cv153-MPM-JMV**

**SHERIFF BILL RASCO,** *et al.***,**                               **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated October 22, 2013, and the October 29, 2013, objections thereto, the Court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated October 22, 2013, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That Plaintiff's complaint is **DISMISSED**.

3. That this case is **CLOSED**.

**THIS**, the 18th day of November, 2013.

                                                             **/s/ Michael P. Mills**
                                                             **CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**